JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL RUCHMAN, an individual, | Case No. 2:16-cv-03648-AB-FFMx |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| KELLY SERVICES, INC. and DOES 1-20 inclusive, | |
| Defendants. | |

Pursuant to the Parties' stipulation, this action is dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: January 4, 2017

_____
Honorable André Birotte Jr.
U.S. DISTRICT COURT JUDGE